IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHN BRENT DUSSEAU**  **PLAINTIFF**
**ADC #661854**

v.  **CASE NO: 3:20CV00211-JM**

**STATE OF ARKANSAS,** *et al*.  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 28th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE